UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN E. DELCO                                          PETITIONER

VS.                              CIVIL ACTION NO. 3:15CV731TSL-RHW

WARDEN B.E. BLACKMON                                   RESPONDENT

ORDER

This cause is before the court on the report and recommendation entered by United States Magistrate Judge Robert H. Walker on April 14, 2016, recommending dismissal. Petitioner did not file objections to the report and recommendation and the time for doing so has since expired. Having reviewed the report and recommendation, the court now concludes that it should be adopted as its own opinion.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on or about April 14, 2016, be, and the same is hereby, adopted as the finding of this court. Accordingly, Delco's § 2241 petition is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 12th of May, 2016.


                           /s/Tom S. Lee
                           UNITED STATES DISTRICT JUDGE